THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Respondents.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Public Service Commission*, 146 App. Div. 900, affirmed.

(Argued April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 20, 1911, which dismissed a writ of certiorari and affirmed a determination of the defendant Public Service Commission in granting a certificate that public convenience and a necessity require the construction of the proposed railroad of the Buffalo Frontier Terminal Railroad Company.

*Alfred L. Becker, Adelbert Moot, S. Fay Carr* and *Maurice C. Spratt* for appellants.

*Edward W. Hatch* and *Joseph G. Dudley* for respondents.

Order affirmed, with costs, on the ground that the two objections sought to be raised by appellants on this appeal are not properly before this court, the reasons for such objections having existed before the review of the determination of the Public Service Commission by the Appellate Division, and the objections not having been presented to that court nor any decision made thereon by it; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.